AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 01, 2026

SEAN F. McAVOY, CLERK

Sunny A Hillsberg

_____

*Plaintiff*

v.

Tobias Lee Dickson

_____

*Defendant*

)
)
)
)
)
)

Civil Action No. 1:26-cv-03080-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Judgment of dismissal without prejudice.

This action was *(check one)*:

❑   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge      Mary K. Dimke _____

Date:   5/1/2026 _____

*CLERK OF COURT*


s/Sean F. McAvoy
_____
*Signature of Clerk*